UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11cr190-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | **CONFIRMING FORFEITURE** |
| (4) DARLENE SCHOENER, | ) | |

On July 30, 2012, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One in the bill of indictment. In that count, defendant was charged with conspiracy in violation of 18 U.S.C. § 371 to commit offenses against the United States, including violations of 18 U.S.C. § 2314 (interstate transportation of stolen property). The defendant was ordered to forfeit $3,332.00 in United States currency and two vehicles.

On October 30, 2012, the Court entered a second preliminary order consisting of a forfeiture money judgment for $7 million.

On June 1, 2013 through June 30, 2013, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from June 1, 2013 for a hearing to adjudicate the validity of any alleged legal interest in the property (Doc. 166). It appears from the record that no such petitions have been filed regarding the subject real property. Based on the record, including evidence in the presentence report and the factual basis for the plea of guilty regarding defendant's acquisition of property with criminal proceeds and use of property to commit the crime, the

1

Court finds, in accordance with Rule 32.2(c)(2), that the defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the preliminary orders of forfeiture are confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**Approximately $3,332.00 in United States currency;**

**One 2003 Chevrolet Avalanche C1500 , VIN 3GNEC13T13G345294;**

**One 1999 Volkswagon Beetle, VIN 3VWCA21C6XM425581; and,**

**A forfeiture money judgment for criminal proceeds in the amount of $7 million; provided that the defendant shall be jointly and severally liable with any other defendants who are also ordered to pay a proceeds money judgment in this case.**

Signed: February 6, 2015

Max O. Cogburn Jr.
United States District Judge